IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN JAUDON, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 2:19-cv-02427 |
| | : | |
| SWARTHMORE COLLEGE, | : | |
| | : | |
| Defendant. | : | |

**RULE 7.1 CORPORATE DISCLOSURE**
**STATEMENT OF SWARTHMORE COLLEGE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Swarthmore College hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of the company.


Dated:  July 15, 2019                    */s/ Christopher J. Moran*

                                                Christopher J. Moran, Esquire (PA 68142)
                                                Leigh H. McMonigle, Esquire (PA 309308)
                                                PEPPER HAMILTON LLP
                                                3000 Two Logan Square
                                                Eighteenth & Arch Streets
                                                Philadelphia, PA  19103-2799
                                                215.981.4000

                                                *Attorneys for Swarthmore College*

## CERTIFICATE OF SERVICE

I, Christopher J. Moran, hereby certify that, on July 15, 2019, a true and correct copy of the foregoing Rule 7.1 Disclosure was served via the Court's Electronic Case Filing (ECF) system upon the following:

> Sidney Gold. Esq.
> SIDNEY L. GOLD & ASSOC., P.C.
> 1835 Market Street, Suite 515
> Philadelphia, PA 19103

*/s/ Christopher J. Moran*

Christopher J. Moran, Esquire