IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN JAUDON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SWARTHMORE COLLEGE | : | NO. 19-2427 |

## O R D E R

**AND NOW,** this 6th day of January, 2020 it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

```
                           Kate Barkman
                           Clerk of Court


                              /s/ Kristin R. Makely
                       By:  _____
                           Kristin R. Makely,
                           Deputy Clerk
```

Civ. 2 41.1(b) (3/18)